IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 1 7 2007
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

IN THE MATTER OF THE OATH OF OFFICE
OF ERIN K. REISENWEBER ON APPOINTMENT
AS ASSISTANT UNITED STATES ATTORNEY

ORDER  3:07mc 46

On September 17, 2007, came Sharon L. Potter, United States Attorney for the Northern District of West Virginia, and introduced Erin K. Reisenweber to the Court, the said Erin K. Reisenweber having been appointed by the Department of Justice to the position of Assistant United States Attorney for the Northern District of West Virginia. Ms. Potter represented to the Court that Erin K. Reisenweber is an attorney admitted to practice before the United States District Court for the Northern District of West Virginia; the Fourth Circuit Court of Appeals; and the Supreme Court of Appeals for the State of West Virginia, and is a citizen of the United States and a resident of Martinsburg, West Virginia, and possesses the necessary qualifications for assuming the office of Assistant United States Attorney.

Ms. Potter then moved that Erin K. Reisenweber be administered the Oath of Office for an Assistant United States Attorney.

The Court then proceeded to administer the Oath of Office to Erin K. Reisenweber for an Assistant United States Attorney, which said Oath is

ORDERED, filed and made a part of the record of this proceeding.

ENTER: September 17, 2007

_____
IRENE M. KEELEY
CHIEF U. S. DISTRICT JUDGE